IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02950-CMA-NRN

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA as subrogee of Henry Crown and Company and Aspen Skiing Company, LLC,

Plaintiff,

v.

DEREK JOHNSON, and
KERRI JOHNSON,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      This matter is before the Court on review of the docket. It is hereby ORDERED that a Final Pretrial Conference is set for October 17, 2023 at 2:00 p.m. The proposed Final Pretrial Order is due on October 10, 2023. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

      If this date and time is not practicable, the parties shall promptly and jointly contact chambers (303-335-2403) to reschedule.

Date: September 21, 2023