IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02950-CMA-NRN

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA as subrogee of Henry Crown and Company and Aspen Skiing Company, LLC,

Plaintiff,

v.

DEREK JOHNSON, and
KERRI JOHNSON,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      Pursuant to communications with the parties, it is hereby ORDERED that the Final Pretrial Conference set for October 17, 2023 at 2:00 p.m. is VACATED and RESET for October 18, 2023 at 2:00 p.m. The proposed Final Pretrial Order is due on October 11, 2023. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: September 27, 2023