# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02950-CMA-NRN

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., as subrogee of Henry
Crown and Company and Aspen Skiing Company, LLC,

    Plaintiff,

v.

DEREK JOHNSON and KERRI JOHNSON,

    Defendants.

## JOINT STATUS REPORT

Plaintiff, National Union Fire Insurance Company of Pittsburgh, Pa., as subrogee of Henry Crown and Company and Aspen Skiing Company, LLC, by and through its attorneys, McElroy, Deutsch, Mulvaney & Carpenter ("Plaintiff") and Defendants Derek Johnson and Kerri Johnson, by and through their attorneys Ridley, McGreevy & Winocur, P.C. ("Defendant") submit their Joint Status Report in response to this Court's Minute Order of November 13, 2023.

1. The parties have reached a final agreement on all terms of a settlement and the written agreement is currently being distributed for signature by all parties and their representatives.

2. The parties request an extension to file dismissal papers up to and including January 12, 2024. No prejudice will occur for either party with the granting of this extension.

Respectfully submitted this 13th day of December, 2023

/s/ Victor M. Morales
Victor M. Morales
McElroy, Deutsch, Mulvaney & Carpenter, LLP
7400 East Orchard Ave., Suite 320S
Greenwood Village, CO 80111
Telephone: (303) 293-8800
Facsimile: (303) 839-0036
E-mail: vmorales@mdmc-law.com
*Attorneys for Plaintiff*

/s/ David Tenner
David Tenner
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, CO  80202
Telephone:  (303) 629-9700
*Attorneys for Defendants Derek Johnson and Kerri Johnson*

## CERTIFICATE OF SERVICE

I certify that on December 13, 2023 the foregoing Joint Status Report was electronically filed with the Clerk of Court and served to the parties of record using the CM/ECF system.

/s/ *Victor M. Morales*
Victor M. Morales
McElroy, Deutsch, Mulvaney & Carpenter, LLP
7400 East Orchard Ave., Suite 320S
Greenwood Village, CO 80111
Telephone:   (303) 293-8800
Facsimile:    (303) 839-0036
E-Mail:        vmorales@mdmc-law.com
*Attorneys for Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA., as subrogee of Henry Crown and Company and Aspen Skiing Company, LLC,*