IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02950-CMA-NRN

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA as subrogee of Henry Crown and Company and Aspen Skiing Company, LLC,

Plaintiff,

v.

DEREK JOHNSON, and
KERRI JOHNSON,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    In light of the Joint Status Report (Dkt. #44), it is hereby ORDERED that, on or before January 12, 2024, the parties shall file their dismissal papers or, if no settlement has been reached, a joint status report explaining the delay.

Date: December 13, 2023